UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| IRON COUNTY HOSPITAL DISTRICT | ) | |
| d/b/a Iron County Medical Center, | ) | Case No. 18 - 10111 |
| a political subdivision of the | ) | |
| State of Missouri, | ) | Chapter 9 proceedings |
| | ) | |
| | ) | |
| Debtor. | ) | |

**MOTION FOR ORDER ESTABLISHING DEADLINE TO FILE
OBJECTIONS TO CHAPTER 9 PETITION**

Iron County Hospital District d/b/a Iron County Medical Center (the "Debtor"), pursuant to 11 U.S.C. § 921(c), for its Motion, states:

JURISDICTION AND VENUE

1.      The Debtor filed its voluntary petition for relief under Chapter 9 of Title 11 of the United States Code (the "Bankruptcy Code") on February 21, 2018 (the "Petition).

2.      This Court has jurisdiction pursuant to 28 U.S.C §§ 1334 and 157(b). Venue is proper pursuant to 28 U.S.C. § 1409(a).

MOTION TO ESTABLISH DEADLINE TO FILE OBJECTIONS TO PETITION

3.      Section 921(c) provides that any objections of the filing of the Petition as lacking good faith or failing to meet the requirements of Chapter 9 shall be considered by the Court after notice adequate under the circumstances and an opportunity for a hearing. *See also* 11 U.S.C. § 102(1) (construing "after notice and hearing").

4.      This Court must order relief if it does not dismiss the Petition. 11 U.S.C. § 921(d). A dismissal under section 921(c) requires, among other things, an objection to the petition.

1

5.  To expedite the entry of an order for relief, the Debtor respectfully requests the Court set **April 2, 2018**, as the deadline for filing objections to the Petition.

11.  The proposed Notice, attached as **Exhibit A**, provides for notice of the deadline for filing objections to the Petition. It provides that if no objection to the Petition is timely filed that the relief will be ordered.

WHEREFORE, the Iron County Hospital District requests that this Court enter an Order establishing April 2, 2018, as the deadline for objecting to the Petition; approving the attached Notice of the deadline; and providing such other and further relief as is just and proper.

Dated: February 21, 2018.

Respectfully submitted,

/s/ Daniel D. Doyle
Daniel D. Doyle         36724MO
Scott A. Pummell        66164MO
Frederike K. Winslow    69831MO
LASHLY & BAER, P.C.
714 Locust Street
St. Louis, Missouri 63101
Telephone:  (314) 621-2939
Facsimile:  (314) 621-6844
ddoyle@lashlybaer.com
spummell@lashlybaer.com
fwinslow@lashlybaer.com

*Attorneys for Debtor Iron County Hospital District d/b/a Iron County Medical Center*