Fill in this information to identify the case:

Debtor name: **Iron County Hospital District**

United States Bankruptcy Court for the: **EASTERN DISTRICT OF MISSOURI SOUTHEASTERN DIVISION**

Case number (if known):

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| BI STATE CARDIOVASCULAR ATTN: President/Managing Agent 42 Bopp Ln Saint Louis, MO 63131-3115 | | | | | | $48,885.60 |
| CARDINAL HEALTH MEDICAL PRODUCTS ATTN: President/Managing Agent PO Box 70539 Chicago, IL 60673-0539 | (614) 726-7755 | | | | | $12,303.05 |
| CARDINAL HEALTH PHARMACEUTICAL ATTN: President/Managing Agent 5279 Collection Center Dr Chicago, IL 60693-0052 | (800) 392-3723 | | | | | $970,465.09 |
| CLIFTON LARSON ALLEN LLP ATTN: President/Managing Agent PO Box 679342 DALLAS, TX 75267-9342 | | | | | | $23,100.63 |

Debtor **Iron County Hospital District**         Case number *(if known)*
Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **CPSI – EVIDENT ATTN: President/Managing Agent PO Box 850309 Mobile, AL 36685-0309** | (877) 711-3676 | | | | | $15,837.60 |
| **FISHER HEALTHCARE ATTN: President/Managing Agent 13551 Collection Center Dr Chicago, IL 60693-0135** | (618) 218-1483 | | | | | $19,926.38 |
| **FUJIFILM MEDICAL SYSTEMS ATTN: President/Managing Agent PO Box 347689 Pittsburgh, PA 15251-4689** | (800) 431-1850 | | | | | $27,000.00 |
| **GENOA TELEPSYCHIATRY 475 Park Ave S New York, NY 10016-6901** | (314) 393-3954 | | | | | $19,050.00 |
| **HEALTHCARE RESOURCE GROUP ATTN: President/Managing Agent 12610 E Mirabeau Pkwy Ste 800 Spokane Valley, WA 99216-1496** | (800) 293-1751 | | | | | $61,340.14 |
| **HEALTHCARE SERVICES GROUP ATTN: President/Managing Agent 4700 Country Club Dr Jefferson City, MO 65109-4541** | | | | | | $53,545.00 |

Debtor **Iron County Hospital District**
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **MATTHEW D. GAETA, M.D.**<br>**ATTN: President/Managing Agent**<br>**609 Pieronnet St**<br>**Cape Girardeau, MO 63701-6951** | **(573) 331-7910** | | | | | $30,471.58 |
| **MERAMEC EMERGENCY PHYSICIANS, LLP**<br>**ATTN: President/Managing Agent**<br>**PO Box 677979**<br>**Dallas, TX 75267-7979** | **(337) 609-2926** | | | | | $360,690.37 |
| **MICHAEL YANKOWITZ, D.P.M.**<br>**ATTN: President/Managing Agent**<br>**PO Box 68**<br>**Festus, MO 63028-0068** | Dr. Michael Yankowitz<br><br>(636) 931-7337 | | | | | $18,000.00 |
| **MISSOURI HOSPITAL ASSOCIATION**<br>**Kathy Hasenbeck**<br>**4712 Country Club Dr**<br>**Jefferson City, MO 65109-4541** | Kathy Hasenbeck<br><br>(573) 893-3700x1344 | | | | | $17,478.30 |
| **MISSOURI HOSPITAL ASSOCIATION**<br>**Attn: Kim Duggan Medicaid DSH Liability**<br>**PO Box 60**<br>**Jefferson City, MO 65102-0060** | Kim Duggan<br><br>(573) 893-3700x1344 | | **Contingent Unliquidated Disputed** | | | $3,074,000.00 |
| **OFFICE OF THE REGIONAL ADMINISTRATOR**<br>**Division of Medcare/Medicaid**<br>**601 E 12th St Ste 355**<br>**Kansas City, MO 64106-2818** | | | | | | $2,105,108.19 |

Official form 204    Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured claims    page 3

Software Copyright (c) 1996-2018 CIN Group - www.cincompass.com

Debtor **Iron County Hospital District**　　　　　　　　　　　　　Case number *(if known)*
　　　　Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **PREMIER SPECIALTY NETWORK LLC**<br>**ATTN: President/Managing Agent**<br>**3610 Buttonwood Dr Ste 200**<br>**Columbia, MO 65201-3721** | | | | | | **$26,661.82** |
| **SPRINGFIELD GROCER**<br>**ATTN: President/Managing Agent**<br>**PO Box 8500**<br>**Springfield, MO 65801-8500** | **(417) 883-4230** | | | | | **$17,786.99** |
| **US DEPARTMENT OF AGRICULTURE**<br>**Parkade Center Suite 235**<br>**601 Business Loop # 70**<br>**Columbia, MO 65203-2546** | **Clark Thomas, Community Program Director**<br><br>**(573) 876-0976** | | | $6,462,959.47 | $1,100,000.00 | **$5,362,959.47** |
| **WCP LABORATORIES, INC.**<br>**ATTN: President/Managing Agent**<br>**2326 Millpark Dr**<br>**Maryland Heights, MO 63043-3530** | **(800) 383-0819** | | | | | **$15,928.73** |

Official form 204　　　　Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured claims　　　　page 4