UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | |
| | ) | Case No. 18-10111 |
| IRON COUNTY HOSPITAL DISTRICT, | ) | |
| | ) | Chapter 9 proceedings |
| Debtor. | ) | |

## NOTICE OF HEARING

PLEASE TAKE NOTICE that Iron County Hospital District ("Debtor") will call for hearing at 2:00 p.m. on March 5, 2018 before the Honorable Barry S. Schermer, United States Bankruptcy Judge, at the Rush Hudson Limbaugh, Sr. U.S. Courthouse, 555 S. Independence Street, Cape Girardeau, Missouri, Courtroom 3A, the following Motions:

1. MOTION FOR ORDER ESTABLISHING DEADLINE TO FILE OBJECTIONS TO CHAPTER 9 PETITION; and

2. MOTION FOR ORDER APPROVING FORM AND SUFICIENCY OF NOTICE.

Objections, if any, to the granting of the relief sought in the Motions must be in writing, must be filed with the Bankruptcy Court no later than March 2, 2018.

/s/ Daniel D. Doyle
| | |
|---|---|
| Daniel D. Doyle | 36724MO |
| Scott A. Pummell | 66164MO |
| Frederike K. Winslow | 69831MO |

LASHLY & BAER, P.C.
714 Locust Street
St. Louis, MO  63101
(314) 621-2939 (Telephone)
(314) 621-6844 (Facsimile)
ddoyle@lashlybaer.com
spummell@lashlybaer.com
fwinslow@lashlybaer.com

*Attorneys for Debtor*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on February 27, 2018, that a true and correct copy of the above was served by electronic filing in the CM/ECF system of the United States Bankruptcy Court for the Eastern District of Missouri.

_/s/ Daniel D. Doyle_