IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 18-10111-399 |
| | ) | |
| IRON COUNTY HOSPITAL DISTRICT | ) | Chapter 9 Proceedings |
| d/b/a Iron County Medical Center, a | ) | |
| political subdivision of the State of | ) | |
| Missouri, | ) | |
| | ) | |
| Debtor. | ) | |
| | ) | |

## ORDER CONFIRMING FOURTH AMENDED PLAN DATED JANUARY 6, 2020

At Cape Girardeau, in this District, this 3rd day of March 2020.

The Fourth Amended Plan of Adjustment dated January 6, 2020, [Doc. 254] (the "Plan") filed by the Iron County Hospital District as Chapter 9 debtor ("Debtor"), having been transmitted to creditors; and

It having been determined after hearing:

1. That the Plan has been accepted in writing by the creditors whose acceptance is required by law;
2. That the Plan has been proposed and its acceptance procured in good faith, and not by any means, promises, or acts forbidden by law;
3. That the Plan otherwise complies with the applicable provisions of Title 11, including those made applicable to Chapter 9 by 11 U.S.C. §§ 103(3) and 901;
4. All amounts to be paid by the Debtor or by any person for services or expenses in the case or incident to the Plan have been fully disclosed and are reasonable;
5. The Debtor is not prohibited by law from taking any action necessary to carry out the Plan;
6. Except to the extent that the holder of a particular claim has agreed to a different treatment of such claim, the Plan provides that on the effective date of the plan, each holder of a claim of a kind specified in 11 U.S.C. § 507(a)(2) will receive on account of such claim cash equal to the allowed amount of such claim pursuant to 11 U.S.C. § 943(b)(5);
7. Any regulatory or electoral approval necessary under applicable nonbankruptcy law in order to carry out any provision of the Plan has been obtained, or such provision is expressly conditioned on such approval;
8. The Plan is in the best interests of creditors and is feasible; and
9. The Plan in all other respects complies with the provision of 11 U.S.C. § 943(b).

      **IT IS ORDERED** that the hearing on confirmation of the Plan is concluded; and that the Fourth Amended Plan of Adjustment dated January 6, 2020, a copy of which has been distributed to all creditors is **CONFIRMED**; and

      That **no later than 72 hours after this Order is entered**, the Plan proponent is to mail a copy of this Order to all creditors and parties in interest as notice of confirmation and file a certificate of service within one business day of service; and

      That on written request to counsel for the Plan proponent, the Plan proponent shall provide a copy of the approved Plan to the requesting entity without charge to such entity.

DATED: March 3, 2020  
St. Louis, Missouri  
cke

                                                  Barry S. Schermer  
                                                  United States Bankruptcy Judge

*Order Prepared by:*

Daniel D. Doyle  
LASHLY & BAER P.C.  
714 Locust Street  
St. Louis MO 63101  
(314) 621-4656  
ddoyle@lashlybaer.com

Attorneys for Debtor/ Plan Proponent

2