UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

| | |
|---|---|
| In re: ) | |
| ) | Case No. 18-10111 |
| IRON COUNTY HOSPITAL DISTRICT, ) | |
| d/b/a Iron County Medical Center, ) | Chapter 9 |
| ) | |
| Debtor. ) | |

## MOTION FOR ORDER CLOSING CHAPTER 9 CASE

Iron County Hospital District d/b/a Iron County Medical Center (the "Hospital") moves pursuant to 11 U.S. C. § 945(b) for entry of an order closing this Chapter 9 case. Administration of the case has been completed, including the execution of a USDA refunding bond and conversion of nominally secured interests to leases. This Court confirmed a plan of adjustment on March 3, 202. No adversary proceedings or other motions are pending. Administration of this case is complete and no pending matters are before the Court.

WHEREFORE, the Hospital requests that this Court enter an Order Closing Chapter 9 Case, and provide such other and further relief as is proper.

Dated: April 6, 2020.

                 */s/ Daniel D. Doyle*
Daniel D. Doyle         36724MO
Scott A. Pummell       66164MO
Lashly & Baer, P.C.
714 Locust Street
St. Louis, MO  63101
(314) 621-2939/(314) 621-6844 (Facsimile)
ddoyle@lashlybaer.com
spummell@lashlybaer.com

Erica D. Koetting       51908MO
O'Loughlin, O'Loughlin & Koetting, L.C.
1736 N. Kingshighway
Cape Girardeau, MO  63701
(573) 334-9104/(573) 334-5256 (Facsimile)
ericak@oloughlinlawfirm.com

***Attorneys for Debtor***

1