**UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION**

| | | |
|---|---|---|
| In re: | ) | |
| | ) | Case No. 18-10111 |
| IRON COUNTY HOSPITAL DISTRICT, | ) | |
| d/b/a Iron County Medical Center, | ) | Chapter 9 |
| | ) | |
| Debtor. | ) | |

**CERTIFICATE OF SERVICE**

The undersigned certifies that on the 7th day of April, 2020, the following documents were served through the Court's ECM/ECF system to those parties requesting electronic service in this case and via United States mail, postage prepaid, to those on the attached service list:

1. MOTION FOR ORDER CLOSING CHAPTER 9 CASE; and

2. NOTICE OF DEADLINE TO OBJECT TO MOTION TO CLOSE CHAPTER 9 CASE.

Respectfully submitted,

_/s/ Daniel D. Doyle_
Daniel D. Doyle          36724MO
Scott A. Pummell         66164MO
Lashly & Baer, P.C.
714 Locust Street
St. Louis, MO  63101
(314) 621-2939/(314) 621-6844 (Facsimile)
ddoyle@lashlybaer.com
spummell@lashlybaer.com

Erica D. Koetting         51908MO
O'Loughlin, O'Loughlin & Koetting, L.C.
1736 N. Kingshighway
Cape Girardeau, MO  63701
(573) 334-9104/(573) 334-5256 (Facsimile)
ericak@oloughlinlawfirm.com

*Attorneys for Debtor*

1

ABBOTT LABORATORIES INC.
c/o Kohner, Mann & Kailas, S.C.
4650 North Port Washington Rd
Milwaukee, WI  53212

ARTS
c/o Wakefield and Associates
P.O. Box 50250
Knoxville, TN  37950-0250

ABBOTT LAB-ST. JUDE MEDICAL
c/o Kohner, Mann & Kailas, S.C.
4650 North Port Washington Rd
Milwaukee, WI  53212

AUREUS GROUP
Attn: President/Managing Agent
13609 California St
Omaha, NE  68154-5260

ANDERS
Attn: President/Managing Agent
800 Market St Ste 500
Saint Louis, MO  63101-2514

BAXTER HEALTHCARE CORPORATION
Attn: President/Managing Agent
PO Box 70564
Chicago, IL  60673-0564

ANESTHESIA SERVICE, INC.
Attn: President/Managing Agent
1821 N Classen Blvd Ste 100
Oklahoma City, OK  73106-6012

BAYER HEALTHCARE
ATTN: Sandra Murphy
3930 Edison Lakes Parkway
Mishwaka, IN  46545

APEX PRINT TECHNOLOGIES
Attn: President/Managing Agent
100 South Owasso Blvd. West
St. Paul, MN  55117-1036

BEMES INC
Attn: President/Managing Agent
808 Sunpark Dr
Fenton, MO  63026-5388

APPLIED CARDIAC SYSTEMS
Attn: President/Managing Agent
1 Hughes
Irvine, CA  92618-2064

BI STATE CARDIOVASCULAR
ATTN: President/Managing Agent
42 Bopp Ln
Saint Louis, MO  63131-3115

ARMSTRONG MEDICAL INDUSTRIES, INC.
President/Managing Agent
PO Box 700
Lincolnshire, IL  60069-0700

BOUND TREE MEDICAL, LLC
ATTN: President/Managing Agent
23537 Network Pl
Chicago, IL  60673-1235

2

| | |
|---|---|
| C.R. BARD, INC.<br>ATTN: President/Managing Agent<br>PO Box 75767<br>Charlotte, NC  28275-0767 | CENTURION MEDICAL PRODUCTS<br>ATTN: President/Managing Agent<br>100 Centurion Way<br>Williamston, MI  48895 |
| CAPE ELECTRICAL SUPPLY<br>ATTN: President/Managing Agent<br>PO Box 117215<br>Atlanta, GA  30368-7215 | CERNER CORPORATION<br>ATTN: President/Managing Agent<br>2800 Rock Creek Parkway<br>Kansas City, MO  64117 |
| CAPE RADIOLOGY GROUP<br>ATTN: President/Managing Agent<br>70 Doctors Park<br>Cape Girardeau, MO  63703-4928 | CLEAN THE UNIFORM COMPANY<br>ATTN: President/Managing Agent<br>PO Box 840140<br>Kansas City, MO  64184-0140 |
| CARDINAL HEALTH MEDICAL PRODUCTS<br>ATTN: Debra Willet<br>7000 Cardinal Pl<br>Dublin, OH 43017-1091 | CLIA LABORATORY PROGRAM<br>ATTN:  President/Managing Agent<br>P.O. Box 53882<br>Atlanta, GA  30353-0882 |
| CARDINAL HEALTH PHARMACEUTICAL<br>ATTN: Debra Willet<br>7000 Cardinal Pl<br>Dublin, OH 43017-1091 | CPS TELEPHARMACY, INC.<br>ATTN: President/Managing Agent<br>PO Box 638318<br>Cincinnati, OH  45263-8318 |
| CAREFUSION<br>ATTN: President/Managing Agent<br>25146 Network Pl<br>Chicago, IL 60673-1251 | CPSI – EVIDENT<br>ATTN: President/Managing Agent<br>PO Box 850309<br>Mobile, AL  36685-0309 |
| CARSTENS<br>ATTN: President/Managing Agent<br>PO Box 99110<br>Chicago, IL  60693-9110 | DFL ENTERPRISES, INC.<br>ATTN: President/Managing Agent<br>124 Pine Oak Dr<br>Covington, LA  70433-5333 |

DMC
ATTN: President/Managing Agent
42 Worthington Access Dr.
Maryland Heights, MO  63043

DMI SOLUTIONS, INC.
ATTN: President/Managing Agent
1717 W Maud St
Poplar Bluff, MO  63901-4003

EMD MILLIPORE CORPORATION
ATTN: President/Managing Agent
400 Summit Dr.
Burlington, MA  01803

FIRST STATE COMMUNITY BANK
ATTN: President/Managing Agent
201 E Columbia St
Farmington, MO  63640-3106

FISHER HEALTHCARE
ATTN: Gary Barnes
300 Industry Drive
Pittsburgh, PA  15275

FLORIDA MEDICAL TRANSCRIPTION
Spiegel & Utrera, P.A.
1840 SW 22nd St., 4th Floor
Miami, FL  33145

GE HEALTHCARE
ATTN: President/Managing Agent
PO Box 96483
Chicago, IL  60693-6483

GENOA TELEPSYCHIATRY
475 Park Ave S; 11TH Floor
New York, NY  10016-6901

GHA TECHNOLOGIES, INC.
ATTN: President/Managing Agent
DEPT. #90
8998 E. Raintree DR.
Scottsdale, AZ  85260

GLOBAL GOV ED
ATTN: President/Managing Agent
6450 Poe Ave., Suite 200
Vandalia, OH  45414

GRAINGER
ATTN: President/Managing Agent DEPT 8701
PO Box 419267
Kansas City, MO  64141-6267

GULF COAST PHARMACEUTICALS PLUS, INC.
ATTN: President/Managing Agent
995 N Halstead Rd Apt A
Ocean Springs, MS  39564-3105

HEALTH CARE LOGISTICS INC.
ATTN: President/Managing Agent
PO Box 25
Circleville, OH  43113-0025

HEALTHCARE EQUIPMENT & SUPPLY
ATTN: President/Managing Agent
918 Valley Creek Dr
Farmington, MO  63640-1968

HEALTHCARE RESOURCE GROUP
c/o Trevor Pincock
Lukins & Annis, P.S.
1600 W. Sprague Ave., Ste. 1600
Spokane, WA  99201

HEALTHDIRECT PHARMACY SVCS INC.
ATTN: President/Managing Agent
PO Box 988
Buffalo, NY  14240-0988

HEALTHLINK INC.
ATTN: President/Managing Agent
PO Box 6501
Carol Stream, IL  60197-6501

HMS HEALTH LLC
ATTN: President/Managing Agent
740 Spirit 40 Park Dr
Chesterfield, MO  63005-1122

HOME SERVICE OIL
ATTN: President/Managing Agent
PO Box 9
Barnhart, MO  63012-0009

INTERSTATE IMAGING
ATTN: President/Managing Agent
PO Box 144
Evansville, IN  47701-0144

INVOTEC INTERNATIONAL
ATTN: President/Managing Agent
6833 Philips Industrial Blvd
Jacksonville, FL  32256-3029

JOHNSON & JOHNSON
ATTN: President/Managing Agent
5972 Collection Center Dr
Chicago, IL  60693-0059

LABORATORY CORPORATION OF AMER
ATTN: President/Managing Agent
PO Box 12140
Burlington, NC  27216-2140

LADIES FIRST OB/GYN
ATTN: President/Managing Agent
P.O. Box 1247
Arnold, MO  63010-7247

LANDAUER INC
ATTN: President/Managing Agent
PO Box 809051
Chicago, IL  60680-9051

MEDLINE INDUSTRIES INC
DEPT CH 14400
Attn: President/Managing Agent
1 Medline Pl
Mundelein, IL  60060-4485

MERAMEC EMERGENCY PHYSICIANS, LLP
ATTN: President/Managing Agent
200 Corporate Blvd.
Lafayette, LA 70508

MHA MANAGEMENT SERVICES CORP.
ATTN:  Jane Drummond, General Counsel
4712 Country Club Dr.
Jefferson City, MO  65109

5

MISSOURI DEPT. OF SOCIAL SERVICES
ATTN: Jennifer Tidabll, Acting Dir.
P.O. Box 1527
Jefferson City, MO 65102-1527

MISSOURI HOSPITAL ASSOCIATION
Attn: Kim Duggan
Medicaid DSH Liability
PO Box 60
4712 Country Club Dr
Jefferson City, MO 65102-0060

OFFICE OF MISSOURI GOVERNOR
ATTN: GOVENOR MICHAEL L. PARSON
PO Box 720
Jefferson City, MO 65102-0720

OFFICE OF THE REGIONAL
ADMINISTRATOR
Division of Medicare/Medicaid
601 E 12th St; Ste 355
Kansas City, MO 64106-2818

OFFICE OF THE SECRETARY OF STATE
600 W Main State Capitol Rm 208
Jefferson City, MO 65101

PDC
ATTN: President/Managing Agent
PO Box 71549
Chicago, IL 60694-1549

PEACE MEDICAL, INC.
ATTN: President/Managing Agent
105 W Dewey Ave Bldg C-12
Wharton, NJ 07885-1640

PERFORMANCE HEALTH
ATTN: President/Managing Agent
28100 Torch Pkwy
Warrenville, IL 60555-3938

PHILIPS HEALTHCARE
ATTN: President/Managing Agent
PO Box 100355
Atlanta, GA 30384-0355

PHILIPS MEDICAL CAPITAL
ATTN: President/Managing Agent
PO Box 92449
Cleveland, OH 44193-0003

PITNEY BOWES INC
ATTN: President/Managing Agent
PO Box 371887
Pittsburgh, PA 15250-7887

PRESS GANEY ASSOCIATE, INC
ATTN: President/Managing Agent
PO Box 88335
Milwaukee, WI 53288-5335

QUEST DIAGNOSTICS
ATTN: President/Managing Agent
500 Plaza Drive
Secaucus, NJ 07094

REEVES LUMBER & HARDWARE
ATTN: President/Managing Agent
P.O. Box 328
Pilot Knob, MO 63663-0328

6

REPUBLIC SERVICES, INC. #732
ATTN: President/Managing Agent
5860 Trinity Pkwy Ste 120
Centreville, VA  20120-1999

SIEMENS HEALTHCARE
ATTN: President/Managing Agent
PO Box 121102
Dallas, TX  75312-1102

RESPIRONICS
Attn:  President/Managing Agent
P.O. Box 405740
Atlanta, GA 30384-3700

SLAYBACK HEALTH LLC
ATTN: Shan Raju, COO
37 Slayback Dr
Princeton Junction, NJ  08550-1915

ROBERT TILLEY MD, LLC
56 Christina Dr
Pevely, MO  63070-1642

SMILE MAKERS
ATTN: President/Managing Agent
PO Box 2543
Spartanburg, SC  29304-2543

ROCHE DIAGNOSTICS CORP.
ATTN:  President/Managing Agent
Mail Code 5508
PO Box 105046
Atlanta, GA  30348-5046

SOURCEONE HEALTHCARE
TECHNOLOGIES, INC.
ATTN:  President/Managing Agent
4444 View Ridge Ave., Ste A
San Diego, CA  92123

SENTEC, INC.
ATTN: President/Managing Agent
810 Sunpark Dr
Fenton, MO  63026-5388

STAPLES BUSINESS ADVANTAGE DEP
ATTN: President/Managing Agent
PO Box 83689
CHICAGO, IL  60696-3689

SHARED MEDICAL SERVICES, INC.
ATTN: RICK LONIGRO
209 Limestone Pass
Cottage Grove, WI  53527-8968

STERIS CORPORATION
ATTN: President/Managing Agent
PO Box 771652
CHICAGO, IL  60677-1006

SHRED-IT USA
ATTN: President/Managing Agent
PO Box 101007
Pasadena, CA  91189-0003

STL COMMUNICATIONS, INC.
ATTN: President/Managing Agent
100 Chesterfield Business Pkwy Ste 300
Chesterfield, MO  63005-1271

7

STRYKER SALES CORP
c/o Purkey & Associates, PLC
5050 Cascade Road, SE Suite A
Grand Rapids, MI  49546

TELEFLEX MEDICAL OEM
ATTN: President/Managing Agent
3015 Carrington Mill Blvd. #300
Morrisville, NC  27560-8871

THE MEDI-DOSE GROUP
ATTN: President/Managing Agent
70 Industrial Dr
Ivyland, PA  18974-1433

TIAA
c/o TIAA Commercial Finance
10 Waterview Blvd.
Parsippany, NJ  07054

TRUCODE
ATTN: President/Managing Agent
PO Box 5847
Alpharetta, GA  30023-5847

U.S. BANK EQUIPMENT FINANCE
ATTN: President/Managing Agent
1310 Madrid St
Marshall, MN  56258-4099

US DEPT. OF HEALTH & HUMAN SERVICES
ATTN:  Nancy Achord
601 E. 12th St. Room N1800
Kansas City, MO  64106

U.S. DEPARTMENT OF AGRICULTURE
RURAL DEVELOPMENT
PO Box 419205, Mail Stop 1401
Kansas City, MO  64141

U.S. DEPARTMENT OF JUSTICE
ATTN: Attorney General
950 Pennsylvania Ave NW Ofc
Washington, DC  20530-0009

US ATTORNEY FOR EASTERN DISTRICT OF MO
THOMAS EAGLETON U.S. COURTHOUSE
111 S 10th St Fl 20
Saint Louis, MO  63102-1125

US DEPARTMENT OF AGRICULTURE
Parkade Center Suite 235
601 Business Loop # 70
Columbia, MO  65203-2546

VAXSERVE INC
c/o Sanofi Pasteur Inc.
Discovery Drive
Swiftwater, PA  18370

WCP LABORATORIES, INC.
ATTN: President/Managing Agent
2326 Millpark Dr
Maryland Heights, MO  63043-3530

WELLS FARGO BANK, N.A.
F0005-055
800 Walnut Street
Des Moines, IA  50309

8

XEROX CORPORATION
c/o V. O. Adams
1303 Ridgeview Drive – 450
Lewisville, TX  75057

XEROX FINANCIAL SERVICES
ATTN: President/Managing Agent
PO Box 202882
Dallas, TX  75320-2882

ZOLL MEDICAL CORP
ATTN:  President/Managing Agent
PO Box 27028
New York, NY  10087-7028